UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BOBI STEPHENSON,

    Plaintiff,

v.                                                                                                     Case No: 5:19-cv-621-Oc-30PRL

NOLAND'S ROOFING, INC. and GREG
S. NOLAND,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon the Joint Motion for Approval of the Parties' Settlement Agreement and Stipulated Dismissal with Prejudice (Dkt. 29). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion for Approval of the Parties' Settlement Agreement and Stipulated Dismissal with Prejudice (Dkt. 29) is GRANTED.

2. The Settlement Agreement is approved.

3. This action is DISMISSED WITH PREJUDICE.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of November, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record